NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellis Jerome Swinton,<br><br>               Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, *et al.*,<br><br>               Defendants. | No. CV-15-00794-PHX-JJT<br><br>**ORDER** |

At issue are Defendants' Motion for Sanctions (Doc. 29), to which Plaintiff filed no response, and the Report and Recommendation ("R&R") submitted by United States Magistrate Judge Deborah M. Fine (Doc. 45), recommending that the Court grant said Motion. Plaintiff likewise has failed to file any objection to the R&R, timely or otherwise, and the time to do so has now elapsed. The court therefore is entitled to accept the R&R without further review and deem Plaintiff to have waived his right to appellate review of any findings of fact. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); Rule 72, Fed. R. Civ. Pr. Nonetheless, the Court has conducted full review of the R&R and the factual and legal bases for it. Upon such review, the Court adopts in whole the R&R and the reasons underpinning it. The Court therefore will impose a sanction of $92.90 – the cost of the court reporter charge for the canceled deposition to which Plaintiff willfully failed to submit despite it being properly noticed. The Court finds the sanction to be both measured and appropriate under the

1  circumstances, which include Plaintiff's ultimate compliance with the Court's order to sit
2  for a subsequently scheduled deposition.
3      IT IS ORDERED adopting in whole Judge Fine's R&R and the underlying
4  reasoning.
5      IT IS FURTHER ORDERED granting Defendants' Motion for Sanctions
6  (Doc. 29) and awarding sanctions a in the amount of $92.90 to Defendants and against
7  Plaintiff.
8      Dated this 20th day of October, 2016.

           Honorable John J. Tuchi
           United States District Judge